JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual, | Case No.: 2:20-cv-06384-JFW-ASx |
| Plaintiff, | |
| v. | Judgment Re: Default Judgment |
| MOORPARK-TARGET SHOPPING CENTER, A CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership; and DOES 1-10, inclusive, | |
| Defendants. | |

JUDGMENT

Upon review of the court files, the application for default judgment, the declarations submitted in support of default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff ANTHONY BOUYER shall have JUDGMENT in his favor in the amount of $8,269.00 against Defendant MOORPARK-TARGET SHOPPING CENTER, A CALIFORNIA LIMITED PARTNERSHIP, ("Defendant") for Defendant's violation of the ADA, 42 U.S.C. § 12181, et. seq., as follows:

(1) Injunctive relief enjoining Defendant from further violations of the ADA, 42 U.S.C. § 12181, et. seq., and mandating that Defendant provide an ADA compliant premises located at 11341 Moorpark St., Studio City, CA 91604 that is readily achievable.

(2) Statutory damages in the amount of $4,000.00 pursuant to Cal. Civ. Code § 52(a).

(2) Attorneys' fees and costs in the amount of $4,269.00.

DATED: November 2, 2020

_____
Hon. John F. Walter
United States District Judge

1
JUDGMENT